IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REDOAK HOSPITAL, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. No. 4:16-cv-01303 |
| GAP INC., GAP INC. HEALTH AND | § | |
| LIFE INSURANCE PLAN, CYNTHIA | § | |
| RADOVICH, and LESLEY DALE, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## APPENDIX IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants file this Appendix in Support of its Motion to Dismiss as follows:

Exhibit 1        Declaration of Cynthia Radovich

      Ex. A  Gap, Inc. Health and Life Insurance Plan

      Ex. B  Summary Plan Description (2013)

      Ex. C  Summary Plan Description (2014)

      Ex. D  RedOak's letter to Gap dated 7/14/14

      Ex. E  Gap's letter to Redoak dated 8/13/14

Exhibit 2        Declaration of Jane Stalinski

      Ex. A  United's letters to Redoak dated 9/5/14 and 8/13/14

      Ex. B  United's letter to Redoak dated August 21, 2014

      Ex. C  United's Provider Explanation of Benefits to Redoak

      Ex. D  United 835 Solutions Documents

Exhibit 3        MLN Matters No. MM7683

Exhibit 4      Claim Adjustment Reason Codes

Dated: June 27, 2016                 Respectfully submitted,

By: /s/ Raymond E. Walker
       Andrew G. Jubinsky
       Texas Bar No. 11043000
       Fed. I.D. No. 8603
       andy.jubinsky@figdav.com
       **Attorney-in-Charge**

**Of Counsel:**
Don Colleluori
Texas Bar No. 04581950
Fed. I.D. No. 8598
don.colleluori@figdav.com
Raymond E. Walker
Texas Bar No. 24037663
Fed. I.D. No. 36366
ray.walker@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas  75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on June 27, 2016.

**Via ECF:**
Ebad Khan
ekhan@trinityhealthcarenetwork.com
Trinity Healthcare Network
17400 Red Oak Drive
Houston, TX 77090

/s/ Raymond E. Walker
Raymond E. Walker