IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REDOAK HOSPITAL, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-16-1303 |
| | § | |
| GAP INC., and GAP INC. HEALTH AND LIFE INSURANCE PLAN, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

The defendants' converted motion for summary judgment, (Docket Entry Nos. 35, 44), is granted. In accordance with this court's Memorandum and Opinion of today's date, this action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on July 10, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge